USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

G   1я9   0023

USAO Number:     2019R22187

Magistrate Number:

**DEC 11 2019**

CRIMINAL INDICTMENT

Filed David J. Bradley, Clerk of Court

Judge: Brown

## ATTORNEYS:

UNITED STATES of AMERICA

VS.

**RYAN K. PATRICK, USA**                (713) 567-9000

ZAHRA JIVANI FENELON, AUSA        (713) 567-9000

JAKE DELAHNEY TAYLOR

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 3 )**

Ct. 1:  Sexual Exploitation of a Child [18 USC §§ 2251(a) & (e)]

Ct. 2:  Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) & 2252A(b)(2)]

Ct. 3:  Destruction of Property [18 USC § 2232(a)]

**PENALTY:**   Ct. 1:  15-30 years in prison, up to $250,000 fine, supervised release for any term of years not less than 5 years up to life, and $100 special assessment & $5,000 special assessment (Justice for Victims Trafficking Act 2015).

Ct. 2:  up to 10 years in prison, up to $250,000 fine, supervised release for any term of years not less than 5 years up to life, $100 special assessment & $5,000 special assessment (Justice for Victims Trafficking Act 2015).

Ct. 3:  up to 5 years in prison, up to $250,000 fine, 3 years supervised release and $100 special assessment.

☐ In Jail

☑ On Bond   Harris County

☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: