# CRIMINAL DOCKET
## SUPERSEDING

HOUSTON DIVISION                         No.        G-19-23-S

USAO Number:     2019R22187

Magistrate Number:

United States Courts
Southern District of Texas
FILED

Filed:  *November 17, 2020*     Judge:   JEFFREY BROWN

David J. Bradley, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
RYAN K. PATRICK, USA                         (713) 567-9000
ZAHRA JIVANI FENELON, AUSA                   (713) 567-9000

JAKE DELAHNEY TAYLOR              Mark William Bennett    Appt'd ☑    Private ☐

**Charges**   Ct. 1: Sexual Exploitation of a Child [18 USC §§ 2251(a) & (e)]

(Total)       Ct. 2: Distribution of Child Pornography [18 USC §§ 2252A(a)(2)(B) & 2252A(b)(1)]

(Counts)      Ct. 3: Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) & 2252A(b)(2)]

(4)           Ct 4: Destruction of Property [18 USC § 2232(a)]

**PENALTYS:**  Ct. 1: A term of imprisonment of no less than 15 years up to 30 years and a fine of up to $250,000, $100 per count of conviction and for each count and a $5,000 special assessment under the Justice for Victims Trafficking Act of 2015 per count, up to $50,000 special assessment (AVAA), mandatory restitution of at least $3,000 per victim. Supervised release of at least 5 years up to any term of years or Life.
Ct. 2: A term of imprisonment of no less than 5 years up to 20 years and a fine of up to $250,000, $100 per count of conviction and for each count and a $5,000 special assessment under the Justice for Victims Trafficking Act of 2015 per count, up to $35,000 special assessment (AVAA), mandatory restitution of at least $3,000 per victim. Supervised release of at least 5 years up to any term of years or Life.
Ct. 3: A term of imprisonment of up to 10 years and a fine of up to $250,000, $100 per count of conviction and for each count and a $5,000 special assessment under the Justice for Victims Trafficking Act of 2015 per count, up to $17,000 special assessment (AVAA), mandatory restitution of at least $3,000 per victim. Supervised release of at least 5 years up to any term of years or Life.
Ct. 4: A term of imprisonment of up to 5 years and a fine of up to $250,000, and $100 per count of conviction special assessment. Supervised release of up to 3 years.

☐ In Jail

☑ On Bond

☐ No Arrest

NAME & ADDRESS of Surety:

PROCEEDINGS: