UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | § § § | CASE NO. 3:19-CR-23-S1 |
| **vs.** | § § § § | JUDGE JEFFREY V. BROWN |
| **JAKE DELAHNEY TAYLOR** | § | JURY TRIAL DATE: August 16, 2021 |

EXHIBIT LIST OF UNITED STATES OF AMERICA
ASSISTANT UNITED STATES ATTORNEY: SHERIN DANIEL & KIMBERLY LEO

| Exhibit No. | Description of Item | Marked | Offered | Object | Admit | Date | Disposition after Trial |
|---|---|---|---|---|---|---|---|
| 1 | Galaxy S8+ | | | | | | |
| 1A | Photograph of Galaxy S8+, front view | | | | | | |
| 1B | Photograph of Galaxy S8+, back view | | | | | | |
| 1C | Phone extraction of Galaxy S8+ | | | | | | |
| 1D | Screenshots of Galaxy S8+ | | | | | | |
| 2 | Search Warrant of the residence | | | | | | |
| 3 | Search Warrant Photos (27 Nos.) | | | | | | |
| 4 | Samsung Note 8 | | | | | | |
| 4A | Photograph of | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Samsung Note 8, front view | | | | | | |
| 4B | Photograph of Samsung Note 8, back view | | | | | | |
| 4C | Photograph of Samsung Note 8, back view close up | | | | | | |
| 4D | Phone extraction of Samsung Note 8 | | | | | | |
| 5 | Galaxy S5 (in case) | | | | | | |
| 5A | Photograph of Galaxy S5 (in case), front view | | | | | | |
| 5B | Photograph of Galaxy S5 (in case), back view. | | | | | | |
| 5C | Photograph of Galaxy S5 (in case), back view close-up | | | | | | |
| 5D | Phone extraction of Galaxy S5 (in case) | | | | | | |
| 6 | Galaxy S5 (not in case) | | | | | | |
| 6A | Photograph of Galaxy S5 (not in case), front view. | | | | | | |
| 6B | Photograph of Galaxy S5 (not in case), back view. | | | | | | |
| 6C | Photograph of Galaxy S5 (not in case), back view close-up | | | | | | |
| 6D | Phone extraction of Galaxy S5 (not in case) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | Child Pornography found in Samsung Note 8 | | | | | | |
| 8 | Child Pornography found in Galaxy S5 (in black case) | | | | | | |
| 9A | Child Pornography found in Galaxy S5 (not in case) | | | | | | |
| 9B | Child Pornography found of Minor Victim#1 | | | | | | |
| 10 | Photograph of Defendant | | | | | | |
| 11 | Booking Photo of Defendant | | | | | | |
| 12 | Photograph of Minor Victim#1 | | | | | | |
| 13 | Shower Curtain | | | | | | |
| 14 | Backpack | | | | | | |
| 15 | T-Shirt | | | | | | |
| 16 | Visor | | | | | | |
| 17 | Defendant's Statement | | | | | | |
| 18 | Birth Certificate | | | | | | |