United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:*19*-CR-23-1 |
| | § | |
| **Jake Delahney Taylor** | § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count one a presentence report is ordered.

1. By 1/23/2023, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By 2/6/2023, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By 2/20/2023, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for 3/1/2023**, at 10:30am (***no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:
   United States Probation Department
   601 Rosenberg St., 4th Floor, Galveston, TX  77553
   Telephone:  (409) 766-3733

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED at Galveston, Texas, this 19th of Dec. 2022.

_____
Jeffrey Vincent Brown
United States District Judge